THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTONIO VIANDANTE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 9, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Onondaga County Court, rendered January 30, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*R. J. Shanahan* for appellant.

*Frank P. Malpass, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.